UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL COLE, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil No. 07-82-B-JAW |
| ) | |
| MAINE DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants ) | |

STIPULATION OF DISMISSAL

The plaintiffs and the defendants, through their respective counsel, hereby stipulate, pursuant to Fed.R.Civ.P. 41(1)(a), to the dismissal of all claims remaining in this action. This dismissal is without prejudice and without costs or attorney's fees to any party.

Respectfully submitted,

Dated: May 22, 2009

/s/ Diane E. Sleek
DIANE E. SLEEK, AAG
Office of Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800

Dated: May 22, 2009

/s/ Joshua R. Carver
Joshua R. Carver, Esq.
Sigmund D. Schutz, Esq.
PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center
P. O. Box 9546
Portland, ME 04112-9546
Tel: (207) 791-3000
Fax: (207) 791-3111